```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-against-

DAVID BLASZCZAK,
THEODORE HUBER,
ROBERT OLAN, and
CHRISTOPHER WORRALL

        Defendants.

------------------------------------------------------------ X

(S-1) 17-CR-0308 (DLC)

ORDER

  The Assignment Committee, having considered the submissions of the parties and pursuant to the authority delegated to it under Local Rule 2 for the Division of Business Among Judges, unanimously concludes that the Indictment docketed as (S-1) 17 CR 0308 does not supersede the information styled *United States v. Jordan Fogel*, 17-CR-308.

  THEREFORE, the Clerk of the Court is directed to file the Indictment as a new criminal action with a new docket number and randomly assign the case in accordance with Local Rule 6(b).

**SO ORDERED.**

Dated: June 8, 2017
   New York, NY

                **COLLEEN MCMAHON**
                **WILLIAM H. PAULEY**
                **VINCENT L. BRICCETTI**
                **VALERIE CAPRONI**
                **United States District Judges**